No. 99–7710. MAYS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7713. JENNINGS v. WYOMING ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7717. CROSBY v. LAMBERT ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7723. WHITE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7726. WISE v. CADDELL CONSTRUCTION CO., INC. C. A. 11th Cir. Certiorari denied.

No. 99–7736. BOULINEAU v. GARNER, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–7737. CALHOUN v. DETELLA, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–7754. ABBEY v. ROBERT BOSCH GMBH ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–7819. GLASS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7871. MARSH v. MADRID, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 99–7874. MAYEUX v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–7905. MERRITT v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 99–7998. FLOWERS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7999. HIIVALA v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.